# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RAYMOND K. RODGERS,<br><br>    Plaintiff,<br><br>vs.<br><br>AMERICAN AUTOMOBILE ASSOCIATION OF NORTHERN CALIFORNIA, NEVADA & UTAH, d/b/a AAA NEVADA,<br><br>    Defendant. | Case No. 2:14-cv-00364-APG-GWF<br><br>**ORDER** |

    This matter is before the Court on the parties' failure to file a stipulated Discovery Plan and Scheduling Order. On April 30, 2014, the Court ordered that the parties file the stipulated Discovery Plan and Scheduling Order on or before May 12, 2014 (Order #11). To date, the parties have failed to comply. Accordingly,

    **IT IS ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order no later than **June 4, 2014**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

    DATED this 23rd day of May, 2014.

                                   _____
                                   GEORGE FOLEY, JR.
                                   United States Magistrate Judge